626

No. 9721. STATE OF MONTANA, Plaintiff and Respondent, v. FLOYD C. LONDON, Defendant and Appellant.

300 Pac. (2d) 521.

Decided Aug. 15, 1956.

*Franklin S. Longan,* Billings, *Raymond Hildebrand,* Glendive, for appellant.

*Arnold H. Olsen,* Atty. Gen., and *Lyman J. Hall,* Asst. Atty. Gen., *B. Miles Larson,* Co. Atty., Circle, *Roland V. Colgrove,* Spec. Asst. Atty. Gen., Miles City, for respondent.

Per Curiam.

It is ordered that the application of the appellant Floyd C. London for a certificate of probable cause and other relief, be and the same is denied.


No. 5949. JOE McDONALD, Plaintiff and Appellant, v. J. D. PETERS, also known as JIM PETERS and ROSE PETERS, husband and wife, Defendants and Respondents.

301 Pac. (2d) 967.

Decided Sept. 6, 1956.

*Lloyd A. Murrills,* Cut Bank, for appellant.
*Frisbee & Moore,* Cut Bank, for respondent.

Per Curiam.

It appearing that the appellant has wholly failed to file any transcript on appeal in this court and that the time allowed by law, by rules of this court and by stipulation for so doing has long since expired;

Now Therefore on respondents' written motion it is ordered that this appeal be and it is hereby dismissed forthwith.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN and BOTTOMLY, concur.